IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROY N. SHAULIS, II, :
:
    Plaintiff, :
: Civil Action No. 3:13-CV-02998
v. :
: (Judge Mariani)
PENNSYLVANIA BOARD OF :
PROBATION & PAROLE, *et al.*, :
:
    Defendants. :

## ORDER

**AND NOW,** to wit, this 24th day of January, 2014, in accordance with the foregoing memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 6) is **GRANTED** for the sole purpose of filing the Complaint.

2. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief may be granted under the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's motion to appoint counsel (Doc. 2) is **DENIED AS MOOT.**

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.

                                                Robert D. Mariani
                                                United States District Judge